UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-CR-107-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CHRIS LESHAWN FORD,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's counseled Motion for Amended Judgment under The First Step Act of 2018 ("2018 FSA"). (#76).

The Court requires a response from the Government. Therefore, the Government shall submit a response to defendant's motion within 20 days.

**IT IS SO ORDERED.**

Signed: August 8, 2019

Max O. Cogburn Jr
United States District Judge

1