**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO: 3:09-CR-00107-MOC**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **CHRIS LASHAWN FORD,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Ford's Motion to Reduce Sentence Pursuant to the First Step Act of 2018. (Doc. No. 76). In light of United States v. Wirsing, 943 F.3d 175 (4th Cir. 2019), the Government agrees that the Court should reduce Ford's sentence. Having held a hearing to consider the motion, the Court finds that Ford is eligible for a sentence reduction and that such a reduction is warranted in this case. Accordingly, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that Ford's Motion to Reduce Sentence Pursuant to the First Step Act of 2018 (Doc. No. 76) is **GRANTED**, and the Court hereby orders that Ford's term of imprisonment is reduced to an aggregate sentence of **TIME SERVED PLUS FOUR DAYS**. Therefore, Ford shall be released on **Monday, January 20, 2020**.

**IT IS FURTHER ORDERED** that, upon release from imprisonment, Ford shall be placed on supervised release for a term of four years on all remaining counts.

All other terms and conditions of Ford's sentence remain in full force and effect.

Signed: January 16, 2020

Max O. Cogburn Jr
United States District Judge